IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LEGACY FUNERAL GROUP, LLC,
    Plaintiff,

v.

LEGACY FUNERAL SERVICES, LLC
d.b.a. LEGACY FUNERAL SERVICES
a.k.a. HERITAGE CREMATION
PROVIDERS,
    Defendants.

Civil Action No. 4:19-cv-04686

## JOINT NOTICE OF SETTLEMENT

Comes now, Plaintiff Legacy Funeral Group, LLC and Defendant Legacy Funeral Services, LLC, by and through undersigned counsel of record, and hereby provide the Court notice of agreement in principle to a settlement between Plaintiff and Defendant. Pending finalization of the terms agreed to in principle, the Parties will jointly submit a Stipulated Injunction to the Court for approval and then seek to dismiss the case with prejudice (reserving jurisdiction over the enforcement of the Stipulated Injunction) with each party to bear its own fees and costs. The Parties request that all proceedings be stayed for thirty (30) days while the settlement agreement and stipulated injunction are finalized.

Dated:    May 3, 2021

Respectfully submitted.

*/s/Carl 'Bo' Dawson (by permission)*
Carl 'Bo' Dawson
SBN 05599100
Southern District Number 16860
Ryan & Dawson
770 South Post Oak Ln., Ste. 600
Houston, Texas 77056
Tel: (713) 960-1555
Fax: (713) 960-8491
email: cdawson@rdlaw.com

*/s/ Zachary D. Ludens*
Zachary D. Ludens
Florida Bar No. 111620
S.D. Tex. Bar No. 2602303
Zebersky Payne Shaw Lewenz, LLP
110 Southeast 6th St.
Suite 2900
Fort Lauderdale, Florida 33301
954.595.6075 (T)
954.989.7781 (F)
ZLudens@zpllp.com

[2111121/1]

1

**Certificate of Service**

I hereby certify that the foregoing document was filed with the Court's CM/ECF system this 3rd day of May, 2021, and was filed on all counsel of record via notices generated by the same.

                                  */s/ Zachary D. Ludens*
                                  Zachary D. Ludens